**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2023**

ALAN BRIAN FABIAN,

Defendant - Appellant,

v.

ZVI GUTTMAN, for Strategic Partners International, Inc.,

Trustee - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior  District Judge.  (1:11-cv-03155-WMN; 99-00443)

Submitted:  December 13, 2012      Decided:  December 21, 2012

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alan Brian Fabian, Appellant Pro Se.  John J. Leidig, SHAPIRO, SHER, GUINOT & SANDLER, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alan B. Fabian appeals from the district court's order upholding the bankruptcy court's determination that Fabian's debt to Strategic Partners International, Inc., is nondischargeable in bankruptcy. Our review of the record and the arguments of the parties discloses no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Fabian v. Guttman, Nos. 1:11-cv-03155-WMN; 99-00443 (D. Md. July 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED